UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-280-MOC

| | |
|---|---|
| DEIDRE L. TRANTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion, following receipt of Plaintiff's response to Defendant's summary judgment motion. (Doc. No. 13, docketed as a "Reply"). Before ruling on the parties' respective summary judgment motions, the Court would like Defendant to address the arguments made in Plaintiff's response brief.

**IT IS HEREBY ORDERED** that, within 20 days, Defendant shall submit a memorandum addressing the arguments made in Plaintiff's response brief.

Signed: September 8, 2021

Max O. Cogburn Jr.
United States District Judge